Brandon Eugene Hunter
Name and Prisoner/Booking Number

Sacramento Main Jail
Place of Confinement

651 "I" Street
Mailing Address

Sacramento, CA 95814
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

NOV 14 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Brandon Eugene Hunter,
(Full Name of Plaintiff)
               Plaintiff,

v.

(1) Bungay
(2) Miranda
(3) McGuire
(4) Sacramento County
(Full Name of Defendant)
               Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22cv 2048 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County Main Jail

## B. DEFENDANTS

1. Name of first Defendant: **Bungay #1001**. The first Defendant is employed as: **Deputy Sheriff** (Position and Title) at **Sacramento Main Jail** (Institution).

2. Name of second Defendant: **Miranda #1221**. The second Defendant is employed as: **Deputy Sheriff** (Position and Title) at **Sacramento Main Jail** (Institution).

3. Name of third Defendant: **McGuire #616**. The third Defendant is employed as: **Deputy Sheriff** (Position and Title) at **Sacramento Main Jail** (Institution).

4. Name of fourth Defendant: **Sacramento County**. The fourth Defendant is employed as: **Municiple entity** (Position and Title) at **Sacramento Main Jail** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **5**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Brandon Eugene Hunter** v. **Sacramento County et al**
      2. Court and case number: **2:22-CV-01520-JDP**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **still pending**

   b. Second prior lawsuit:
      1. Parties: **Brandon Eugene Hunter** v. **Sacramento County et al**
      2. Court and case number: **2:22-CV-1282-EFB (PC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **still pending**

   c. Third prior lawsuit:
      1. Parties: **Hunter** v. **Jackowitz et al**
      2. Court and case number: **2:22-CV-01281-DB**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **still pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

1. D.)
2. 1.) Brandon Eugene Hunter v. Brenneman et al
3. 2.) 2:22-CV-01141-KJM-CKD
4. 3.) Still pending
5. E.)
6. 1.) Brandon Eugene Hunter v. Richard Acosta et al
7. 2.) 2:22-CV-02465-CAS (MAA)
8. 3.) Still pending

Page ___ of ___

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Cruel and unusual punishment, Violation of Due process rights.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) On 10/20/22 Deputies Bungay, Miranda, and McGuire, neglegently openned or purposely/maliciously unlocked Plaintiff's cell door, without a deputy present at Plaintiff's cell and allowed (2) inmates to enter plaintiffs cell and attack plaintiff. Plaintiff was punched repeatedly and chocked by both inmates, and Plaintiff received multiple injuries. Plaintiff has previously voiced concerns about safety and is assigned a single cell for that reason, and is normally housed in a secure pod without interactions with other inmates. However Plaintiff was temporarily housed in a unsecured pod. Which allowed these (2) inmates to enter Plaintiff's cell unsupervised. 2.) Deputy Bungay later falsified an incident report claiming the (2) inmates were there to provide plaintiff with toilet paper and plunge plaintiffs toilet. However plaintiff toilet did not need plunging, and plaintiff never requested toilet paper. Prior to the inmates entering plaintiff cell they identified themselfs

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental emotional distress, fear, paranoia, anxiety right eye damage.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1. as "Blood Gang" members, and both inmates
2. threatened to assault and kill plaintiff. As (1)
3. inmate entered the cell, he set down a bucket
4. threatend plaintiff agin and moved toward
5. plaintiff in an agresive mannor. Do to the threats
6. from the inmates, there ability to get my locked
7. door opened by the deputies, and movement
8. toward plaintiff, I feard for my life and
9. safety. A fight insued with (1) of the inmates
10. at which point the other inmate entered
11. plaintiffs cell and began to help assault
12. plaintiff. However in the incident report
13. Bungay claimed plaintiff was the agressor
14. and denied any responsibility for her neglegent
15. actions of allowing (2) inmates into my cell
16. without supervising them, or conforming
17. I need the survicess of a plunger or
18. toilet paper. Plaintiff hit the emergency
19. button in the cell and stated the (2) inmates
20. were jumping me. However she put in the
21. report, (1) of the other inmates pushed the
22. button. She also claimed (1) of the inmates
23. was restraining me as the deputies arrived
24. at the cell. However plaintiff was in fact
25. being chocked.
26. 3.) Plaintiff will be sobpeanaing body cam worn
27. by deputies, and video footage from inside
28. the pod.

Page ___ of ___

1. 4.) Plaintiff believes paragraph (1) and (2) show negligence or malice on the deputies part and so violated Plaintiffs right to due process and amounted to cruel and unusual punishment. Plaintiff is an unsentence pre trial detainee.
2. 5.) Plaintiff believes Deputies broke policy by allowing the inmates to enter plaintiffs cell without a deputy being pressent.
3. 6.) Plaintiff believes Sacramento County is at fault because its employees broke policy while on duty, or that Sacramento county lacked such a policy to have deputies pressent, and allowing inmates into other inmates housing location unsupervised.
4. 7.) Plaintiff is informing the Courts now I have Limitted legal knowledge, and is asking the courts to move forward on any grounds that have merritt, rather then have Plaintiff file a First Amended complaint for any defisiancies in this suite.

Page ___ of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$30,000,000 jointly and severally against defendants. Any other reliefe the courts deem proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/25/22
DATE

*[signature]*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6