Brandon Hunter - 2359710
Name and Prisoner/Booking Number

Sacramento County Main Jail
Place of Confinement

651 "I" Street
Mailing Address

Sacramento, CA 95814
City, State, Zip Code

**FILED**

MAR 25 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Brandon Eugene Hunter
(Full Name of Plaintiff)
Plaintiff,

v.

(1) Bungay
(Full Name of Defendant)
(2) Miranda
(3) McGuire
(4) Sacramento County
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:22-cv-2048 CKD (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"
☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County Main Jail

## B. DEFENDANTS

1. Name of first Defendant: **Bungay #1001**. The first Defendant is employed as: **Deputy Sheriff** at **Sacramento Main Jail**.
   (Position and Title)          (Institution)

2. Name of second Defendant: **Miranda #1221**. The second Defendant is employed as: **Deputy Sheriff** at **Sacramento Main Jail**.
   (Position and Title)          (Institution)

3. Name of third Defendant: **McGuire #616**. The third Defendant is employed as: **Deputy Sheriff** at **Sacramento Main Jail**.
   (Position and Title)          (Institution)

4. Name of fourth Defendant: **Sacramento County**. The fourth Defendant is employed as: **Municiple entity** at **Sacramento Main Jail**.
   (Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **5**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Brandon Eugene Hunter** v. **Sacramento County et al**
      2. Court and case number: **2:22-CV-1520-JDP**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending**

   b. Second prior lawsuit:
      1. Parties: **Brandon Eugene Hunter** v. **Sacramento County et al.**
      2. Court and case number: **2:22-CV-1282-EFB (PC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending**

   c. Third prior lawsuit:
      1. Parties: **Brandon Eugene Hunter** v. **Jackowitz et al.**
      2. Court and case number: **2:22-CV-1281-DB**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

D.)
1.) Brandon Eugene Hunter v. Brenneman et al.
2.) 2:22-CV-1141-KJM-CKD
3.) pending

E.)
1.) Brandon Eugene Hunter v. Richard Acosta et al.
2.) 2:22-CV-2465-CKS (MAA)
3.) dismissed.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Violation of Due Process</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: <u>failure to protect</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) On 10/20/22 plaintiff was being improperly housed on the intake floor due to an error by housing classification. Plaintiff was classified as IOP and should have been housed in the mental health part of the jail at the time of this incident.
   2.) Deputies Bungay, Miranda, and McGuire broke policy and opened my cell door without a deputy being present at the door to allow (2) inmate workers to enter my cell. Inmate workers are not allowed to enter occupied cells without a deputy being present at all times according to jail policy.
   3.) These (2) inmates were able to get entry into my cell by simply telling deputies I needed a plunger. However I did not need a plunger and did not request a plunger. Deputies never confirmed with me if I needed a plunger before opening my door. They just opened my door without warning.
   4.) These (2) inmates intentions' were to assault me when they entered my cell, because they told me they were going to minutes

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Right eye damage, emotional distress.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>It was not responded to at the appeal level.</u>

3

before the door was opened. Deputies failed to protect me by violating policy and being negligent, by letting these (2) inmates with a different classification as me enter my cell under the ruse of giving me a plunger to assault me without a deputy standing at the door or at least verifying I needed a plunger by communicating with me on the speaker in my cell.

5.) As the first inmate enterd the cell he placed the plunger by the toilet, then advanced toward me to attack me. We began to fight, as I was defending myself the second inmate enterd my cell and began punching me. The cell door closed and locked me inside the cell alone with my (2) assalents. I was able to reach the emergancy button. Deputies finnaly answered I stated "there jumping me". Before deputies could respond I was placed in a rear naked choke hold and feared for my life as I began to fall unconcious. At that point deputies entered the cell to stop the assault.

6.) I was the rehoused in another location and placed in maximum security on lockdown and recieved a write up by Deputy Bungay.

7.) Deputy Bungay violated my rights to due process by falsifying the narrative in the

Page ___ of ___

write up labeling me as the agressor and claiming my (2) attackers were just there to give me toilet paper and a plunger, and were just defending themselves. This was done because of the grudge Sacramento deputies had for me at the time for previouse write ups I recieved in the jail.

8.) Plaintiff has been housed in maximum security in a single cell since this incident occured.

9.) Deputies Bungay, McGuire, and Miranda violeted my due process rights by breaking written jail policy and letting (2) inmates enter my cell.

10.) Deputy Bungay violeted my right to due process by filing a falsified incident report aginst me for the porpose of punishing me.

11.) Sacramento County is at fault because I was a Intensive Out Patient Mental Health inmate classified as such but housed in the wrong part of the jail, and I was assaulted in my cell by (2) inmates who were not the same classification as me. Plaintiff is also raising a "Monell" claim due to this being a systemic issue and had become a culture at the Sacramento Jail see Cravotta v. City of Sacramento, 2024 U.S. Dist. LEXIS 26740 (No 2:22-cv-00167-DJC-AC) and Estate of

Page ___ of ___

1  Thomas v. Cnty. of Sacramento, 2022 U.S Dist.
2  LEXIS 9067 (No. 2:20-CV-0903-KJM DB).
3  These (2) cases are simular in that they
4  were both improperly housed and had
5  mental health clasifications as plaintiff is.
6  These (2) people (1) died and the other
7  was on life support. Plaintiff was indeed
8  being chocked to death and the suspect
9  was never charged in my matter. Had I not
10 been able to press the emergency button
11 to call for help, I would not be here
12 today to file this lawsuite on my
13 behalf, it would have been my family
14 doing it like these (2) unfortunate
15 individuals.

Page ___ of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$30,000,000 jointly and severly against defendants. Any other reliefe the Courts deem proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/20/24__
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6